

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Tuesday, April 07, 2015

Mr. Gregory D. Smith
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

Mr. David M. Gunn
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
* DELIVERED VIA E-MAIL *

RE:    Case Number: 13-0986
Court of Appeals Number: 12-11-00370-CV
Trial Court Number: 06CV-29005

Style:  SOUTHWESTERN ENERGY PRODUCTION COMPANY
v.
TOBY BERRY-HELFAND AND GERY MUNCEY

**FILED IN COURT OF APPEALS**
**12th Court of Appeals District**
APR 0 8 2015
TYLER TEXAS
**CATHY S. LUSK, CLERK**

Dear Counsel:

Today the Supreme Court of Texas granted the motion for extension of time to file petitioner/s reply brief in the above-referenced case. Petitioner, Southwestern Energy Production Company's reply brief is due to be filed in this office on **Tuesday, May 07, 2015. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

**PLEASE NOTE** pursuant to Tex. R. App. P. 9.2(c)(2) all documents (except documents submitted under seal) must be e-filed through eFileTexas.gov. You may file up to midnight on the due date.

Please note all notices or communication about this case will be sent by email in lieu of mailing paper documents. (*See* Tex. R. App. P. 9.2(c)(7)).

Sincerely,

Blake A. Hawthorne

Blake A. Hawthorne, Clerk

by Patrick D. Passmore, Deputy Clerk

cc:    Ms. Lori Oliver



**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)